**Order entered December 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00751-CV

**SHIRLEY DELAYNE KEATON, Appellant**

**V.**

**A TO Z USA OPERATIONS, LLC, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 87528**

## ORDER

Before the Court is appellant's November 13, 2019 letter, which we treat as a motion for rehearing. Appellee is requested to file a response, if any, within **TEN DAYS** of the date of this letter. *See* TEX. R. APP. P. 49.2.

/s/ ERIN A. NOWELL
   JUSTICE